■ In the Matter of R. BERTIL PETERSON, Petitioner, v STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES et al., Respondents. [934 NYS2d 837]—

The determination that the petitioner violated Vehicle and Traffic Law § 1225-c is supported by substantial evidence. The petitioner's challenge to the administrative determination rests upon an issue of credibility which was primarily for the factfinder to resolve, and we see no basis to overturn the factfinder's determination (*see Matter of Hildreth v New York State Dept. of Motor Vehs. Appeals Bd.*, 83 AD3d 838 [2011]). Dillon, J.P., Balkin, Leventhal and Chambers, JJ., concur.